UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
JANICE MURRAY,

            Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

            Defendant.
*******************************

Civil Action No. 09-0368
CONSENT ORDER TO
REMAND PURSUANT TO
SENTENCE 4 OF
42 U.S.C. § 405(g)

This matter having been opened to the Court by ANDREW T. BAXTER, Acting United States Attorney for the Northern District of New York, and KAREN T. CALLAHAN, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; specifically the issuance of a partially favorable decision fingind plaitniff disabled effective July 1, 2004, and Plaintiff, through the undersigned representative, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 11th day of January 2010 ~~December 2009,~~

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
GEORGE H. LOWE, U.S. Magistrate Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

ANDREW T. BAXTER
Acting United States Attorney

By: _____
KAREN T. CALLAHAN
Special Assistant U.S. Attorney
Bar No.513794

By: _____
JAYA SHURTLIFF, ESQ.
Attorney for Plaintiff