# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Janice Murray**

    vs.                            **CASE NUMBER: 5:09-CV-368 (NAM/GHL)**

**Michael J. Astrue,
Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon stipulation of the parties, it is Ordered that the final decision of the Commissioner be and hereby is REVERSED and the matter is REMANDED for further administrative action.  Therefore this matter is DISMISSED.

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe, dated the 11th day of January, 2010.

DATED: January 12, 2010

_Lawrence K. Baerman_
Clerk of Court

Joanne Bleskoski
Deputy Clerk