UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************

JANICE MURRAY,

        Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No 09-0368

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

        This matter having been opened to the Court by JAYA SHURTLIFF for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and KAREN T. CALLAHAN, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of Six Thousand Nine Hundred and Twenty-Eight Dollars and Eighty-Four Cents ($6,928.84); the Court having reviewed the record in this matter;

IT IS on this day of 12th March, 2010 ;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of Six Thousand Nine Hundred and Twenty-Eight Dollars and Eighty-Four Cents ($6,928.84), and that payment of said fee award be made directly to plaintiff's attorney, Jaya A. Shurtliff, Esq., pursuant to an assignment of EAJA fees signed by the plaintiff and dated March 4, 2010.

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

_____
GEORGE H. LOWE, Magistrate Judge
United States District Court

Dated: 3-12-2010

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

Date: March 12, 2010     By:     /s/ Karen T. Callahan
                                 KAREN T. CALLAHAN
                                 Special Assistant U.S. Attorney
                                 Bar No. 513794

                                 OLINSKY & SHURTLIFF

Date: March 12, 2010     By:     /s/ Jaya Shurtliff
                                 JAYA SHURTLIFF, ESQ.
                                 Attorney for Plaintiff