# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES

**Janice Murray**

    vs.                                **CASE NUMBER: 5:09-CV-368 (NAM/GHL)**

**Michael J. Astrue, Commissioner of Social Secuirity**

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Attorney Fees is granted, plaintiff is awarded $6,928.84 pursuant to the Equal Access to Justice Act which shall be payable to Jaya A. Shurtliff, Esq.

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 18th day of March, 2010.

DATED: March 18, 2010

                                                    Clerk of Court

                                                    s/

                                                    Joanne Bleskoski
                                                    Deputy Clerk